928 A.2d 831

JERRET AND SUZANNE LEMAY, PLAINTIFFS, v. JAMES J. REIL-
    LY, BEVERLY A. REILLY, ACCURACY HOME INSPECTION
    INC., S.O.S. PEST CONTROL, INC., THERESE ALLEGRO AND
    ERA DESIGNS FOR LIVING, INC., DEFENDANTS,NATIONAL
    GENERAL INSURANCE COMPANY, PLAINTIFF–RESPON-
    DENT, v. JAMES J. REILLY AND BEVERLY A. REILLY, HIS
    WIFE, DEFENDANTS–PETITIONERS.

November 16, 2004.

This matter having been duly considered and the Court having
determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is
dismissed.